No. 93–6883.  DOWNS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–6884.  CONTRERAS-AQUINO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–6886.  WILLIAMS v. MARYLAND HOME IMPROVEMENT COMMISSION.  Ct. Sp. App. Md.  Certiorari denied.

No. 93–6890.  MARTINEZ v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 93–6895.  GLOVER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–6896.  HOGG v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–6898.  NEWSOME v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–6901.  RICHARD v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–6902.  MEIER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–6903.  PERRY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–6908.  CADEAU v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–6910.  JACKSON v. WISNESKI.  C. A. 6th Cir.  Certiorari denied.

No. 93–6911.  HERNANDEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–6914.  FERENC, AKA ROWE v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 11th Cir.  Certiorari denied.

No. 93–6920.  ARREOLA-MACIAS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–6925.  ARNOLD v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.